UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,

  -v-                                                No. 16-CR-0269-LTS

CRAIG SWEAT,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Mr. Sweat's letter request for early termination of his supervised release term. (Docket Entry No. 6.) The Probation Department is directed to respond, in writing, to Mr. Sweat's request and serve its response on the Court, defense counsel, and the Government by **December 11, 2019**. The Government is directed to file its response publicly on the docket by **December 18, 2019**. Mr. Sweat's reply, if any, must be filed by **January 6, 2020**.

    SO ORDERED.

Dated: New York, New York
       November 20, 2019

                                                                      /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                      United States District Judge